UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARNITA PROCTOR,<br>　　　　Plaintiff, | CASE NO. |
| vs. | Judge |
| EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX CREDIT INFORMATION<br>SERVICES, LLC; and<br>TRANS UNION LLC;<br>　　　　Defendants. | |

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, on the following grounds:

1.　Plaintiff Charnita Proctor served Trans Union on or about June 7, 2018, with a Summons, Complaint and Initial Order And Addendum filed in the Superior Court of the District of Columbia.  Copies of the Summons, Complaint and Initial Order And Addendum are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**, **Exhibit B** and **Exhibit C**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.　Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 25-75.

3.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.  Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

5.  To the best of Trans Union's knowledge, the other named Defendants in this matter have not been served as of the date and time of this Notice Of Removal. Trans Union has confirmed online with the Clerk of Courts for the Superior Court of the District of Columbia that they have no document or file suggesting the other named Defendants have been served.

6.  Notice of this removal will promptly be filed with the Superior Court of the District of Columbia and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of the District of Columbia to this United States District Court, District of Columbia.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (DC Bar #503038)
Astrachan Gunst Thomas, P.C.
217 East Redwood Street, Suite 2100
Baltimore, MD  21202
Telephone:  (410) 783-3550
Fax:  (410) 783-3530
E-Mail:  hmstichel@agtlawyers.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **13th day of June, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **13th day of June, 2018**, properly addressed as follows:

| **for Plaintiff Charnita Proctor**<br>Jeffrey W. Styles, Esq.<br>Washington Legal Group, LLC<br>1150 Connecticut Ave NW, 9th Floor<br>Washington, DC  20036 | |
|---|---|

                                          */s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (DC Bar #503038)
Astrachan Gunst Thomas, P.C.
217 East Redwood Street, Suite 2100
Baltimore, MD  21202
Telephone:  (410) 783-3550
Fax:  (410) 783-3530
E-Mail:  hmstichel@agtlawyers.com

*Counsel for Defendant Trans Union, LLC*